UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRISTAN MATHEW FERNANDES,<br><br>                              Plaintiff,<br><br>                -v.-<br><br>TODD BLUMENTHAL; BRIAN ENG; STEPHEN WEAFER; LOCAL 32BJ SEIU; and FIRST SERVICE RESIDENTIAL,<br><br>                              Defendants. | 23 Civ. 9534 (KPF)<br><br>**ORDER OF SERVICE** |

KATHERINE POLK FAILLA, District Judge:

Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

The Clerk of Court is directed to issue summonses as to Defendants Todd Blumenthal, Brian Eng, Stephen Weafer, Local 32BJ SEIU, and First Service Residential (together, "Defendants"). Plaintiff is directed to serve the summonses and complaint on Defendants within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

The Clerk of Court is directed to mail an information package to Plaintiff.

SO ORDERED.

Dated: November 28, 2023
       New York, New York

                                                           *Katherine Polk Failla*
                                                    _____
                                                    KATHERINE POLK FAILLA
                                                    United States District Judge