LINDSEY BLACKWELL
LBLACKWELL@GRSM.COM



ATTORNEYS AT LAW
ONE BATTERY PARK PLAZA
28TH FLOOR
NEW YORK, NY 10004
PHONE: (212) 269-5500
FAX: (212) 269-5505
WWW.GRSM.COM

March 6, 2024

**VIA ECF**
Honorable Katherine Polk Failla
United States District Court
Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007



    Re:    *Triston Mathew Fernandez. v. Todd Blumenthal, et al.*
              Case No.: 1:23-cv-09534-KPF

Dear Judge Failla:

    We represent Defendants Todd Blumenthal, Brian Eng, Stephen Weafer, and FirstService Residential ("Defendants") in this case. Pursuant to Your Honor's Individual Rules of Practice in Civil Cases, Rule C.i., we write to respectfully request an extension of time to respond to the Complaint (currently due March 8, 2024) until April 8, 2024, and an attendant adjournment of the Initial Conference scheduled on March 15, 2024, until April 15, 2024, or another date thereafter available to the Court. This is the Defendants' first request for such an extension. On March 5, 2024, the undersigned contacted plaintiff via email to ask for his consent or position on the requested extension, but have not heard back. The reason for the requested extension is that the undersigned was just retained to represent the Defendants in this action.

    We thank the Court for its consideration of these requests.

                              Respectfully submitted,

                              GORDON REES SCULLY
                            MANSUKHANI, LLP

                            *Lindsey Blackwell*
                            Lindsey Blackwell

Cc:    Triston Mathew Fernandes
        *Pro Se Plaintiff*
        Trisfernandes95@gmail.com

Application GRANTED. Defendants shall answer, move, or otherwise respond to the Complaint on or before **April 8, 2024**. The initial pre-trial conference scheduled for March 15, 2024, is hereby ADJOURNED to **April 23, 2024**, at **10:00 a.m.** As before, the conference will be telephonic, and the dial-in information is as follows: At the scheduled date and time, the parties are to call (888) 363-4749 and enter access code 5123533.

The parties are advised of their obligation to file their joint pre-conference statement and proposed civil case management plan, consistent with the Court's Notice of Initial Pretrial Conference, on or before **April 18, 2024**. (Dkt. #9).

The Clerk of Court is directed to mail a copy of this endorsement to Plaintiff at his address of record. The Clerk of Court is further directed to terminate the pending motion at docket entry 16.

Dated:   March 6, 2024          SO ORDERED.
         New York, New York

*[Signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE