UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRISTAN MATHEW FERNANDES,

Plaintiff,

-v.-

TODD BLUMENTHAL; BRIAN ENG; STEPHEN WEAFER;
LOCAL 32BJ SEIU; and FIRST SERVICE RESIDENTIAL,

Defendants.

23 Civ. 9534 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

The parties appeared before the Court for a pre-motion conference on April 25, 2024. (*See* April 24, 2024 Minute Entry; Dkt. #24 (Transcript of Proceedings)). At that conference, the Court directed Plaintiff to submit a letter within 45 days, informing the Court of his intention to amend the complaint. (*Id.*). That deadline has since passed, and Plaintiff has failed to do so.

Plaintiff is hereby ORDERED to submit the letter on or before **August 1, 2024**, indicating his intent to either amend the complaint, proceed on his original complaint, or voluntarily discontinue this action either with or without prejudice pursuant to Fed. R. Civ. P. 41. Should Plaintiff fail to do so, the Court will issue an Order to Show Cause for failure to comply with the Court's orders. Plaintiff is advised that a continued failure to comply with such orders risks sanctions, including dismissal of his action. *Pena* v. *Zazzle, Inc.*, 587 F. Supp. 3d 109, 113 (S.D.N.Y. 2022) (remarking that "Federal Rule of Civil Procedure 41(b) gives district courts the power to dismiss a case if 'the plaintiff fails to prosecute' the case, 'to comply with the Federal Rules of Civil

Procedure,' or to comply with court orders" (quoting Fed. R. Civ. P. 41(b))).  To that end, Defendants' request for such an order is DENIED without prejudice to its renewal, should Plaintiff fail to abide by the **August 1, 2024** deadline.

The Clerk of Court is directed to mail a copy of this endorsement to Plaintiff at his address of record.  The Clerk of Court is further directed to terminate the pending motions at docket entries 27 and 28.

SO ORDERED.

Dated:  July 18, 2024
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

2